UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MIGUEL ANGEL MORALES,                :
                                     :     Civil Action No.  08-2767
            Petitioner,              :
                                     :
      v.                             :     **ORDER**
                                     :
WARDEN GRONDOLSKY,                   :
                                     :
            Respondent.              :


For the reasons set forth in the Opinion filed herewith,

IT IS on this ___**13th**___ day of ___**June**_____, 2008,

ORDERED that this Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and it is further

ORDERED that the Clerk of the Court shall open a new civil action and shall docket this Petition as a Complaint received therein; and it is further

ORDERED that the Clerk of the Court shall docket a copy of this Order and the accompanying Opinion in the newly-opened civil action; and it is further

ORDERED that the Clerk of the Court shall send Petitioner a blank form Application for leave to proceed in forma pauperis and a blank form Complaint to be used by a prisoner in filing a civil rights complaint; and it is further

ORDERED that Petitioner may indicate his desire to proceed with his claims in the newly-opened civil action by submitting to the Court, in the newly-opened action, within 30 days after entry

of this Order, (1) an amended complaint and (2) either the $350 filing fee or a complete Application for leave to proceed <u>in forma pauperis</u>, including the required six-months institutional account statement; and it is finally

ORDERED that if Petitioner fails to make such submissions to the Court, to indicate his desire to proceed with his claims in the newly-opened civil action, within 30 days after entry of this Order, this Court shall deem the complaint withdrawn and shall close the newly-filed civil action without prejudice.

<u>s/ Jerome B. Simandle</u>
Jerome B. Simandle
United States District Judge