# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MIGUEL ANGEL MORALES, :
: Civil Action No. 08-2969 (JBS)
    Plaintiff, :
:
    v. : **ORDER**
:
WARDEN GRONDOLSKY, :
:
    Defendant. :

    For the reasons expressed in the Opinion filed herewith,

    IT IS on this __29th__ day of __May__, 2009,

    ORDERED that Plaintiff's Motion [7] for leave to proceed in forma pauperis is hereby GRANTED pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

    ORDERED that the Clerk of the Court shall file the Amended Complaint without prepayment of fees or security; and it is further

    ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the U.S. Attorney for the District of New Jersey and the warden of the Federal Correctional Institution at Fort Dix, New Jersey; and it is further

    ORDERED that the Amended Complaint is DISMISSED WITH PREJUDICE; and it is further

    ORDERED that this dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g); and it is further

ORDERED that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action.

**s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge